UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REIDAR M. JULIUSSEN, JR.,

        Plaintiff,

vs

BUCHANAN MARINE, L.P.,

        Defendant

MOTION TO ADMIT COUNSEL PRO HAC VICE

Docket No.: 08 CIV - 1463

Judge Conner

*Fee paid $25*
*E634083*

PURSUANT TO RULE 1.3(c) fo the Local Rules of the United States District courts for the Southern and Eastern Districts of New York, I, John H. Hartman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Michael R. Wright |
| Firm Name: | Levene Gouldin & Thompson, LLP |
| Address: | 450 Plaza Drive |
| City/State/Zip: | Vestal, NY 13850 |
| Phone Number: | (607) 763-9200 |
| Fax Number: | (607) 763-9212 |

Michael R. Wright is a member in good standing of the Bar of the State of New York.

There are no pending disciplinary proceeding against Michael R. Wright in any State or Federal court.

Dated: 2/5/08

Respectfully submitted,

_____
John H. Hartman
SNDY Bar No: JH6282
Levene Gouldin & Thompson, LLP
450 Plaza Drive
Vestal, NY 13850
Mailing Address:
P.O. Box F 1706
Binghamton, NY 13902-0000106
(607) 763 9200
(607) 763-9212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REIDAR M. JULIUSSEN, JR.,

        Plaintiff,

vs

BUCHANAN MARINE, L.P.,

        Defendant

AFFIDAVIT OF JOHN H. HARTMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Docket No.: 08 CIV. 1463

JUDGE CONNER

STATE OF MAINE    :
              ss
COUNTY OF LINCOLN :

    John H. Hartman, being duly sworn deposes and says as follows:

1. I am of counsel at Levene Gouldin & Thompson, LLP, counsel for Plaintiff in above captioned action. I am familiar with the proceedings in this case, I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael R. Wright as counsel pro hac vice to represent Plaintiff in this action.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael R. Wright since 1985.

4. Mr. Wright is a partner in the law firm of Levene Gouldin & Thompson, LLP.

5. I have found Mr. Wright to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael R. Wright, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael R. Wright, pro hac vice, which is attached hereto as Exhibit "A".

    WHEREFORE it is respectfully requested that the motion to admit Michael R. Wright,

pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 5, 2008
~~Vestal, New York~~
Newcastle, ME

                                             Respectfully submitted,

                                             _____
                                             John H. Hartman
                                             SDNY Bar Code: JH6282

Sworn to before me this
5th day of February, 2008.

_____
Notary Public

        **KAYLA I. WILSHIRE**
        **Notary Public, Maine**
**My Commission Expires March, 21, 2014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REIDAR M. JULIUSSEN, JR., <br><br> Plaintiff, <br><br> vs <br><br> BUCHANAN MARINE, L.P., <br><br> Defendant | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** <br><br> Docket No.: |

Upon the motion of John H. Hartman, attorney for Plaintiff Reidar M. Juliussen, Jr. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Michael R. Wright |
| Firm Name: | Levene Gouldin & Thompson, LLP |
| Address: | 450 Plaza Drive |
| City/State/Zip | Vestal, NY  13850 |
| Phone Number: | (607) 763-9200 |
| Fax Number: | (607) 763-9212 |
| Email Address: | mwright@binghamtonlaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff Reidar M. Juliussen, Jr. captioned case in the United States District Court for the Southern District of Ne attorneys appearing before this Court are subject to the Local Rules of this Court, incluc governing discipline of attorneys.  If this action is assigned to the Electronic Case system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge

For Office Use Only:  Fee Paid $            SDNY Receipt No.:



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael Robert Wright

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **31st day of January, 1978**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **8th day of February, 2008**.



_____
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REIDAR M. JULIUSSEN, JR.,

          Plaintiff,

vs

BUCHANAN MARINE, L.P.,

          Defendant

**AFFIDAVIT OF SERVICE**

Docket No.: 08 Civ. 1463

Judge Conner

---

STATE OF NEW YORK   :
                           ss
COUNTY OF BROOME   :

      Sheryl L Juliussen, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Harpursville, New York. That on February 20, 2008 deponent served the within Motion to Admit Counsel Pro Hac Vice, Affidavit of John Hartman, and proposed Order. upon the following:

                    Carl R. Ficks, Jr., Esq.
                    Halloran & Sage, LLP
                    Attorneys for Defendant
                    One Goodwin Square
                    225 Asylum Street
                    Hartford, CT 06103

by depositing a true copy of same enclosed in a postpaid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                          Sheryl L Juliussen

Sworn to before me this
20th day of February, 2008

Notary Public

TIMOTHY ATWOOD HAYDEN
Notary Public, State of New York
No. 02HA6141895
Qualified in Broome County
My Commission Expires Feb. 27, 2010

LEVENE, GOULDIN & THOMPSON, LLP
P.O. BOX F-1706
BINGHAMTON, NY 13902-0106