**ORIGINAL**

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| REIDAR M. JULIUSSEN, JR., | ORDER FOR ADMISSION PRO<br>HAC VICE ON WRITTEN<br>MOTION |
| Plaintiff, | |
| vs | Docket No.: 08 Civ. 1463 (WCC)<br>ECF CASE |
| BUCHANAN MARINE, L.P., | |
| Defendant | |

Upon the motion of John H. Hartman, attorney for Plaintiff Reidar M. Juliussen, Jr. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Michael R. Wright |
| Firm Name: | Levene Gouldin & Thompson, LLP |
| Address: | 450 Plaza Drive |
| City/State/Zip: | Vestal, NY   13850 |
| Phone Number: | (607) 763-9200 |
| Fax Number: | (607) 763-9212 |
| Email Address: | mwright@binghamtonlaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff Reidar M. Juliussen, Jr. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: White Plains, NY
Feb. 27, 2008

_____
Senior United States District Judge

For Office Use Only: Fee Paid $ _____   SDNY Receipt No.: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES E-MAILED TO COUNSEL OF RECORD