UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| REIDAR M. JULIUSSEN, JR. | : **APPEARANCE** |
| Plaintiff | : |
| V. | : CIVIL ACTION NO. 08 CIV. 1463 |
| BUCHANAN MARINE, L.P. | : |
| Defendant | : |

_____

    Please enter my appearance as attorney for defendant Buchanan Marine, L.P.

Dated:   Hartford, Connecticut
           March 6, 2008

                                        HALLORAN & SAGE LLP

                                        By_____/s/_____
                                            Carl R. Ficks, Jr.   (CF3647)
                                            Attorneys for the Defendant
                                            Buchanan Marine, L.P.
                                            Email:  ficks@halloran-sage.com

12451.0022


HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

      I hereby certify that on March 6, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

**For plaintiff Reidar M. Juliussen, Jr.**
John H. Hartman, Esq.
Levene, Gouldin & Thompson, LLP
P.O. Box F-1706
Binghamton, NY  13902-0106

                                    /s/
                              Carl R. Ficks, Jr.

1133924_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105