UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| REIDAR M. JULIUSSEN, JR. | : | **APPEARANCE** |
| Plaintiff | : | |
| V. | : | CIVIL ACTION NO. 08 CIV. 1463 |
| | : | Judge Conner |
| BUCHANAN MARINE, L.P. | : | |
| Defendant | : | |

_____

    Please enter my appearance as attorney for defendant Buchanan Marine, L.P.

Dated:    Hartford, Connecticut
          March 6, 2008

                                HALLORAN & SAGE LLP

                                By_____/s/_____
                                  William S. Wilson II  (WW5920)
                                  Attorneys for the Defendant
                                  Buchanan Marine, L.P.
                                  Email: wilson@halloran-sage.com

12451.0022

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### **CERTIFICATION**

     I hereby certify that on March 6, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff Reidar M. Juliussen, Jr.***
John H. Hartman, Esq.
Levene, Gouldin & Thompson, LLP
P.O. Box F-1706
Binghamton, NY  13902-0106

                                                               /s/
                                           William S. Wilson II

1133928_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105