UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| REIDAR M. JULIUSSEN, JR. : | CIVIL ACTION NO. 7:08-cv-1463 (WCC) |
|        Plaintiff : | |
| : | |
| V. : | |
| : | |
| BUCHANAN MARINE, L.P. : | **RULE 7.1 STATEMENT** |
| : | |
|        Defendant : | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Buchanan Marine, L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

- CRH plc
- Oldcastle Materials Inc.
- Tilcon Connecticut Inc.
- Buchanan Marine Inc.

Dated:   Hartford, Connecticut
          March 10, 2008

                                    HALLORAN & SAGE LLP

                                    By _____/s/_____
                                           William S. Wilson, II (WW5920)
                                           Attorneys for the Defendant
                                           Buchanan Marine, L.P.
                                           Email: wilson@halloran-sage.com

12451.0022


HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

I hereby certify that on March 10, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

**For plaintiff Reidar M. Juliussen, Jr.**
John H. Hartman, Esq.
Michael R. Wright, Esq.
Levene, Gouldin & Thompson, LLP
450 Plaza Drive
Vestal, NY 13850

                                                     /s/
                                    William S. Wilson, II

1137735_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105