UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REIDAR M. JULIUSSEN, JR.,

        Plaintiff,

vs

BUCHANAN MARINE, L.P.,

        Defendant

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

Docket No. 08 CIV. 1463 (WCC)

Plaintiff, as and for his answer to the defendant's counterclaim, states as follows:

1. Admits the allegations contained in paragraphs "1", "2", "3" and "4" of the counterclaim.

2. Denies the allegations contained in paragraphs "5", "6", "7", "8" and "9" of the counterclaim.

### AS AND FOR A FIRST DEFENSE TO THE COUNTERCLAIM

3. The counterclaim fails to state a valid legal claim for which relief can be granted.

### AS AND FOR A SECOND DEFENSE TO THE COUNTERCLAIM

4. Any counterclaim by the defendant against the plaintiff is limited by law, to a claim for property damage caused by the negligence of the plaintiff and no recovery may be had for costs and expenses of the type and kind being sought in the counterclaim.

### AS AND FOR A THIRD DEFENSE TO THE COUNTERCLAIM

5. To the extent that the counterclaim alleges negligence or comparative fault on the part of the plaintiff herein (which comparative fault and negligence are expressly denied by the plaintiff), defendant's sole remedy is a reduction in the amount of damages which plaintiff may recover under the doctrine of comparative fault.

Dated: May 29, 2008
      Vestal, New York

                                    LEVENE, GOULDIN & THOMPSON, LLP

                                    /s/  Michael R. Wright
                                    By: Michael R. Wright
                                    Bar No. 102848
                                    Attorneys for Plaintiff
                                    Office Address:
                                    450 Plaza Drive
                                    Vestal, NY 13850
                                    Mailing Address:
                                    P.O. Box F-1706
                                    Binghamton, NY 13902-0106
                                    Telephone: (607) 763-9200
                                    Fax: (607) 763-9211
                                    mwright@binghamtonlaw.com

TO:    Carl R. Ficks, Jr., Esq.
           Halloran & Sage LLP
           One Goodwin Square
           225 Asylum Street
           Hartford, NY  06103

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2008, the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Carl R. Ficks, Jr., Esq.
>Halloran & Sage, LLP
>Attorneys for defendant/counterclaim plaintiff Buchanan Marine, LP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

>LEVENE, GOULDIN & THOMPSON, LLP

>By:    s/Michael R. Wright
>       Michael R. Wright, Esq.
>       Attorney for Plaintiff
>       Office Address:
>       450 Plaza Drive
>       Vestal, NY 13850
>       Mailing Address:
>       P.O. Box F-1706
>       Binghamton, NY 13902-0106
>       Telephone: (607) 763-9200